James Williams #P44801
P.O. Box 689
Soledad, C.A. 93960
Plaintiff, Pro Se

FILED
JAN 25 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1-20-2021

20-CV-04348-YGR

Dear Court Clerk,

this is my second letter of inquiry to find out the status of a 42 USC 1983 Complaint I sent to this court in June of 2020. To date, there has been no reply, nor have I recieved a file #, or confirmation your court has this complaint. May I be provided with something for this suit so I know it's status? Any other information you can provide as well. Included with this letter is a copy of the complaints cover page for reference of what I'm looking for status update to. Thank you for your time.

Sincerely,
James David Williams
James David Williams
Plaintiff, Pro Se

|  | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 |
|---|---|
| 1 | |
| 2 | Name: __Williams___ __James___ __David___ |
| 3 | (Last) (First) (Middle) |
| 4 | Prisoner Number: __P49807__ |
| 5 | Institutional Address: __CTF- P.O. Box 689__ |
| 6 | __Soledad, C.A. 93960__ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

__James David Williams__ )
(Enter your full name.) )
  )
vs. )
  ) Case No. _____
__Craig Koenig, Steve Posson, Racheal Anderson,__ ) (Leave blank; to be provided by Clerk of Court)
__K. Hoffman, T. Lemon, M. Sweet, R. Catrina, C. Freeman,__ ) COMPLAINT UNDER THE
__J. Borroso, Nguyen, S. Gates, K.J. Allen__ ) CIVIL RIGHTS ACT,
(Enter the full name(s) of the defendant(s) in this action.) ) 42 U.S.C. § 1983
  )

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __(CTF) Correctional Training Facility__

B. Is there a grievance procedure in this institution?    YES ☒    NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☒    NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _____

   __Bypassed per regulations__

COMPLAINT Page 1 of 4

PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1023(A), 2015,5)

I, James Williams, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterey, State of California. My prison address is:

James Williams, CDCR#: P49807

CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: GW-338L
Soledad, CA 93960-0689

On 1-20-2021, I served the attached:

Letter of Inquiry (2nd) to Court Clerk & Attached 42 USC 1983 Complaint Cover Page

on the parties herein by placing a true and correct copy thereof, enclosed in a sealed envelope with first class postage fully prepaid in the United States Mail at the hands of prison staff utilizing the system designated for legal mail at the Correctional Training Facility, Soledad, California, as per the Mailbox Rule (Rules 3(d) of the Federal Rules Governing § 2254), addressed as follows:

United States District Court
Clerks Office
450 Golden Gate Ave., 16th Fl.
San Francisco, C.A. 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on 1-20-2021

James Williams
Declarant/Petitioner

James Williams #P49807
CTF-Central GW-338
P.O. Box 689
Soledad, C.A. 93960

Legal Mail

United States District Court
Clerks Office
450 Golden Gate Ave., 16th Fl.
Sanfrancisco, C.A. 94102

RECEIVED
JAN 22 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

h2649
sect-1
NJ