James Williams #P49807
P.O. Box 689
Soledad, C.A. 93960

In the United States District Court
Northern District of California

FILED
FEB 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case No. 20-CV-04348-YGR

James David Williams,
 Plaintiff,
 V.
Craig Koenig, et al.,
 defendants

Notice of Appeal

Notice is hereby given that James David Williams, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment/dismissal entered in this action by this court.

Febuary 8, 2021

James David Williams
James David Williams
P.O. Box 689
Soledad, C.A. 93960

PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1023(A), 2015,5)

I, **James David Williams**, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterey, State of California. My prison address is:

**James Williams**, CDCR#: **P49807**

CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: **FW-245L**
Soledad, CA  93960-0689

On **2-9-2021**, I served the attached:

**Notice of Appeal #20-CV-04348-YGR**

on the parties herein by placing a true and correct copy thereof, enclosed in a sealed envelope with first class postage fully prepaid in the United States Mail at the hands of prison staff utilizing the system designated for legal mail at the Correctional Training Facility, Soledad, California, as per the Mailbox Rule (Rules 3(d) of the Federal Rules Governing § 2254), addressed as follows:

United States District Court
Northern District of California
Office of the Clerk
1301 Clay St., Suite #400S
Oakland, CA 94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **2-9-2021**

*James Williams*
**James Williams**
Declarant/Petitioner

James Williams #P49807
CTF-Central Fw-245L
P.O. Box 689
Soledad, C.A. 93960

Legal Mail

United States District Court
Northern District of California
Office of the Clerk
1301 Clay St., Suite #400S
Oakland, C.A. 94612



NAREZ  119734  2/9/21