James Williams #P49807
P.O. Box 689
Soledad, C.A. 93960
Plaintiff, Pro Se

## United States District Court
## Northern District of California

James David Williams,
Plaintiff,

vs.

Craig Koenig, et al.,
Defendants

Case No. 20-CV-04348-YGR

Notice of Appeal

**FILED**

JUN 04 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Notice is hereby given that James David Williams, plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final order/judgment of this court entered in this action.

Respectfully Submitted,

Dated: 5/28/2021

James Williams
James David Williams
Plaintiff, Pro Se

James Williams #P49807
P.O. Box 689
Soledad, CA. 93960
Plaintiff, Pro Se

United States District Court
Northern District of California

Case No. 20-CV-04348-YGR

James David Williams,
    Plaintiff,
vs.

Craig Koenig, et al.,
    Defendant's

Motion to Court to Finalize Judgment for Appeal

**FILED**

JUN 04 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Plaintiff motions this court to finalize the Judgment for Case No. 20-CV-04348-YGR so that plaintiff may appeal.

Plaintiff does not intend to amend.

Respectfully Submitted,

Dated: 5/28/2021

James Williams
James David Williams
Plaintiff, Pro Se

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __James David Williams__, declare:

I am over 18 years of age and a party to this action. I am a resident of __(CTF) - Correctional Training Facility__ Prison, in the county of __Monterey__, State of California. My prison address is: __P.O. Box 689, Soledad, C.A. 93960__.

On __5/28/2021__ (DATE),

I served the attached: __Notice/Motion For Appeal; Motion for Court to Enter Final Judgement__ (DESCRIBE DOCUMENT) on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United State District Court
Northern District of California
Office of the Clerk
450 Golden Gate Ave.
San Francisco, C.A. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __5/28/2021__ (DATE)    __James Williams__ (DECLARANT'S SIGNATURE)

James Williams #P49807
CTF-Central FW-245L
P.O. Box 689
Soledad, C.A. 93960

SAN JOSE CA 950
2 JUN 2021 PM 1 L

ZIP 93960
02 4W
$000.51
0000339712 JUN 02 2021

U.S. POSTAGE » PITNEY BOWES

RECEIVED
JUN 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, C.A. 94102

Confidential
Legal Mail

94102-348999

NAREZ    6/1/21    93361