United States District Court
Northern District of California

No. 20-CV-04348-YGR

James David Williams,
  Plaintiff,
        v.
Craig Koenig, et al.,
  defendants.

Notice of Appeal

Notice is hereby given that James David Williams, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the court entered on June 7, 2021 on this action.

Dated 6/17/2021

Respectfully Submitted,
James Williams
James Williams
Plaintiff, Pro Se

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __James David Williams__, declare:

I am over 18 years of age and a party to this action. I am a resident of __(CTF)_Correctional Training Facility__ Prison, in the county of __Monterey__, State of California. My prison address is: __P.O. Box 689 Soledad, C.A. 93960__.

On __June 17, 2021__
(DATE)

I served the attached: __Notice of Appeal__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
U.S. District Court for
Northern District of California
1301 Clay St., Suite #400S
Oakland, C.A. 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __June 17, 2021__        __James Williams__
(DATE)                                (DECLARANT'S SIGNATURE)

Civ-69 (Rev 9 97)

-9-

::ODMA PCDOCS WORDPERFECT 22832 1



James Williams #P49807
C.F. Central Fw-245L
P.O. Box 689
Soledad, C.A. 93960

Confidential
Legal Mail

Office of the Clerk
U.S. District Court for Northern
District of California
1301 Clay St. Suite #400S
Oakland, C.A. 94612

SAN JOSE CA 950
21 JUN 2021 PM 3

ZIP 93960
02 4W
0000339712
U.S. POSTAGE >> PITNEY BOWES
$ 000.51⁰
JUN 21 2021

C/O AMACOAS 83344 6-18-21