| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 13 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JAMES WILLIAMS,

        Plaintiff-Appellant,

 v.

CRAIG KOENIG, Acting Warden, CTF; et al.,

        Defendants-Appellees.

No.   21-15983

D.C. No. 4:20-cv-04348-YGR
Northern District of California, Oakland

ORDER

     On June 10, 2021, this court ordered appellant, within 21 days, to move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

     Appellant's appeal from the district court's judgment entered on June 7, 2021 remains pending as appeal No. 21-16092.

     This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

DA/Pro Se

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Delaney Andersen
Deputy Clerk
Ninth Circuit Rule 27-7

DA/Pro Se

2