UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>        Defendant. | Case No. 20-cv-04348-NW<br><br>**ORDER OF DISMISSAL** |

On April 16, 2025, the Court granted Defendant's motion to dismiss. ECF No. 34. Plaintiff James David Williams, proceeding pro se, was granted leave to amend his complaint to address several deficiencies and update his address with the Court within 28 days. *Id*. The deadline passed and Williams has not filed an amended complaint, updated his address with the Court, or otherwise corresponded with the Court. Accordingly, the remaining claim is **DISMISSED** without prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend); Civ. L.R. 3-11; *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).

    **IT IS SO ORDERED.**

Dated: May 23, 2025

Noël Wise
United States District Judge